1  QUIN DENVIR, Bar No. 49374
   Federal Defender
2  801 I Street, Third Floor
   Sacramento, California 95814
3  Telephone: (916) 498-5700

4  Attorney for Defendant
   Mitchell Ryan Moller
5

6

7

8                IN THE UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,    )    CR S-04-0334 MCE
                                )
12              Plaintiff,      )
                                )
13     v.                       )    **STIPULATION AND [PROPOSED]**
                                )    **ORDER**
14 MITCHELL RYAN MOLLER,        )
                                )
15              Defendant.      )
   _____)
16

17

18         Plaintiff United States of America, by its counsel Assistant

19 United States Attorney Camil Skipper, and defendant Mitchell Ryan

20 Moller, by his counsel Federal Defender Quin Denvir, hereby stipulate

21 and agree that the status conference currently calendared for May 3,

22 2005 should be continued to Tuesday, May 24, 2005 at 8:30 a.m.  The

23 parties require additional time in which to try to resolve questions

24 regarding certain guideline variables in order to reach a disposition

25 without a trial.  The parties agree that time should be excluded under

26 ///

27 ///

28 ///

                                    1

1  Local Code T-4 through May 24, 2005.  The defendant has personally
2 agreed to the continuance and exclusion of time.
3                                  Respectfully submitted,
4                                  McGREGOR SCOTT
                                   United States Attorney
5

6
                                   /s/ Quin Denvir
7                                  Telephonically authorized to sign for
   DATED: May 2, 2005              CAMIL SKIPPER
8                                  Assistant United States Attorney

9

10

11 DATED: May 2, 2005              /s/ Quin Denvir
                                   QUIN DENVIR
12                                 Federal Defender

13                                 Attorney for Defendant

14

15
        FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.
16

17 DATED: May 2, 2005.

18

19  _____
        MORRISON C. ENGLAND, JR
20      UNITED STATES DISTRICT JUDGE

21

22

23

24

25

26

27

28

                                   2