1  McGREGOR W. SCOTT
   United States Attorney
2  CAMIL A. SKIPPER
   Assistant U.S. Attorney
3  501 "I" Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2709

5

6

7

8                IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10
   UNITED STATES OF AMERICA,     )
11                               )   CR. S-04-0334 MCE
                  Plaintiff,     )
12                               )   **STIPULATION TO CONTINUE STATUS**
              v.                 )   **CONFERENCE AND EXCLUDE TIME**
13                               )   **UNDER SPEEDY TRIAL ACT;**
   MITCHELL RYAN MOLLER,         )   **ORDER THEREON**
14                               )
                  Defendant.     )   Date:   May 24, 2005
15                               )   Time:   8:30 A.M.
   _____)   Court:  Morrison C. England, Jr.
16

17     IT IS HEREBY STIPULATED AND AGREED between defendant
18 Mitchell Ryan Moller and the United States of America, through
19 defense counsel, Federal Defender Quin Denvir, and Assistant U.S.
20 Attorney Camil A. Skipper, that the status conference presently
21 set for May 24, 2005, be continued to June 14, 2005, and that
22 time under the Speedy Trial Act should be excluded through June
23 14, 2005.
24     The parties request this additional continuance to allow the
25 government to research an early loss calculation that was
26 recently discovered in FBI records.  This early calculation is
27 significantly higher than the figure recently discussed by the
28 party.  In addition, defense counsel will not be available on May

                                  1

1  31 and June 7, 2005, and the parties believe his personal
2  appearance at the next hearing is necessary.  For these reasons,
3  the parties agree that a continuance to June 14, 2005, is
4  reasonable and that time should be excluded for preparation of
5  counsel under Local Code T4.
6       Defendant Moller, who is not in custody, understands his
7  rights under the Speedy Trial Act and consents to this
8  continuance.  On May 20, 2005, Mr. Denvir gave verbal permission
9  to the undersigned government counsel to sign this stipulation on
10 his behalf.
11 DATED: May 20, 2005                McGREGOR W. SCOTT
                                      United States Attorney
12
13
                                      By: <u>Camil A. Skipper</u>
14                                        CAMIL A. SKIPPER
                                          Assistant U.S. Attorney
15
16
17 DATED: May 20, 2005                <u>C. Skipper for Quin Denvir</u>
                                      QUIN DENVIR
18                                    Federal Defender
                                      Attorney for Mitchell Moller
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

2

**ORDER**

1.  The status conference presently set for May 24, 2005, is continued to June 14, 2005, at 8:30 A.M.

2.  Based upon the representations of the parties, the Court found that the ends of justice outweighed the best interest of the public and the defendant in a speedy trial and excluded time under the Speedy Trial Act through June 14, 2005. For the reasons stated in this pleading, the Court extends the finding of excludable time through June 14, 2005.

**IT IS SO ORDERED.**

Date: May 24, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE