QUIN DENVIR, Bar No. 49374
Federal Defender
801 I Street, Third Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
Mitchell Ryan Moller

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR S-04-0334 MCE |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **STIPULATION AND [PROPOSED]** |
| | ) | **ORDER** |
| MITCHELL RYAN MOLLER, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

      Plaintiff United States of America, by its counsel Assistant United States Attorney Camil Skipper, and defendant Mitchell Ryan Moller, by his counsel Federal Defender Quin Denvir, hereby stipulate and agree that the status conference currently calendared for August 2, 2005 should be continued to Tuesday, August 16, 2005 at 8:30 a.m. The parties require additional time in which to try to resolve questions regarding two guideline variables in order to reach a disposition without a trial.  The parties agree that time should be

///

///

///

1

excluded under Local Code T-4 through August 16, 2005.  The defendant has personally agreed to the continuance and exclusion of time.

                                      Respectfully submitted,

                                      McGREGOR W. SCOTT
                                      United States Attorney

                                      /s/ Quin Denvir
                                      Telephonically authorized to sign for
DATED: July 13, 2005           CAMIL SKIPPER
                                      Assistant United States Attorney


DATED: July 13, 2005           /s/ Quin Denvir
                                      QUIN DENVIR
                                      Federal Defender

                                      Attorney for Defendant


**O R D E R**

    FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

                 _____
DATED: July 15, 2005

                                      MORRISON C. ENGLAND, JR
                                      UNITED STATES DISTRICT JUDGE

2