McGREGOR W. SCOTT
United States Attorney
CAMIL A. SKIPPER
Assistant U.S. Attorney
501 "I" Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2709

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>      v.<br><br>MITCHELL RYAN MOLLER,<br><br>          Defendant. | CR. S-04-0334 MCE<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME UNDER SPEEDY TRIAL ACT; ORDER THEREON**<br><br>Date:  August 16, 2005<br>Time:  8:30 A.M.<br>Court: Morrison C. England, Jr. |

IT IS HEREBY STIPULATED AND AGREED between defendant Mitchell Ryan Moller and the United States of America, through defense counsel, Federal Defender Quin Denvir, and Assistant U.S. Attorney Camil A. Skipper, that the status conference presently set for August 16, 2005, be continued to September 6, 2005, and that time under the Speedy Trial Act should be excluded through September 6, 2005.

The parties request this additional continuance to allow the government to assess the latest loss materials supplied by the defendant. As the court will be aware, the parties have been in protracted discussions concerning the appropriate loss

1

1 calculation in this case.  For this reason, the parties agree
2 that a continuance to September 6, 2005, is reasonable and that
3 time should be excluded for preparation of counsel under Local
4 Code T4.
5     Defendant Moller, who is not in custody, understands his
6 rights under the Speedy Trial Act and consents to this
7 continuance.  On August 12, 2005, Mr. Denvir gave verbal
8 permission to the undersigned government counsel to sign this
9 stipulation on his behalf.

10 DATED: August 12, 2005                McGREGOR W. SCOTT
                                         United States Attorney

                                   By: _Camil A. Skipper_____
13                                      CAMIL A. SKIPPER
                                        Assistant U.S. Attorney

16 DATED: August 12, 2005                _C. Skipper for Quin Denvir_
                                         QUIN DENVIR
17                                       Federal Defender
                                         Attorney for Mitchell Moller

19                                 **ORDER**

20     1.   The status conference presently set for August 16,
21 2005, is continued to September 6, 2005, at 8:30 A.M.
22     2.   Based upon the representations of the parties, the
23 Court found that the ends of justice outweighed the best interest
24 of the public and the defendant in a speedy trial and excluded
25 time under the Speedy Trial Act through September 6, 2005.  For
26 ///
27 ///
28 ///

2

1  the reasons stated in this pleading, the Court extends the
2  finding of excludable time through September 6, 2005.
3  **IT IS SO ORDERED.**
4  Date: August 12, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

3