1  McGREGOR W. SCOTT
   United States Attorney
2  CAMIL A. SKIPPER
   Assistant U.S. Attorney
3  501 "I" Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2709

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,    )
                                ) CR. S-04-0334 MCE
12            Plaintiff,        )
                                ) **STIPULATION TO CONTINUE STATUS**
13       v.                     ) **CONFERENCE AND EXCLUDE TIME**
                                ) **UNDER SPEEDY TRIAL ACT;**
14 MITCHELL RYAN MOLLER,        ) **ORDER THEREON**
                                )
15            Defendant.        ) Date:  September 6, 2005
                                ) Time:  8:30 A.M.
16 _____) Court: Morrison C. England, Jr.

17

18      IT IS HEREBY STIPULATED AND AGREED between defendant

19 Mitchell Ryan Moller and the United States of America, through

20 defense counsel, Federal Defender Quin Denvir, and Assistant U.S.

21 Attorney Camil A. Skipper, that the status conference presently

22 set for September 6, 2005, be continued to September 27, 2005,

23 and that time under the Speedy Trial Act should be excluded

24 through September 27, 2005.

25      The parties met on August 31, 2005, concerning the

26 appropriate loss calculation in this case.  As a result of those

27 discussions, the parties contemplate additional legal research

28 and discussions.  For this reason, the parties agree that a

                                1

continuance to September 27, 2005, is reasonable and that time should be excluded for preparation of counsel under Local Code T4.

Defendant Moller, who is not in custody, understands his rights under the Speedy Trial Act and consents to this continuance. On August 31, 2005, Mr. Denvir gave verbal permission to the undersigned government counsel to sign this stipulation on his behalf.

DATED: September 1, 2005  
McGREGOR W. SCOTT  
United States Attorney

By: /s/ Camil A. Skipper  
CAMIL A. SKIPPER  
Assistant U.S. Attorney

DATED: August 12, 2005  
/s/ C. Skipper for Quin Denvir  
QUIN DENVIR  
Federal Defender  
Attorney for Mitchell Moller

**ORDER**

1. The status conference presently set for September 6, 2005, is continued to September 27, 2005, at 8:30 A.M.

2. Based upon the representations of the parties, the Court finds that the ends of justice outweighed the best interest of the public and the defendant in a speedy trial and excludes time under the Speedy Trial Act. For the reasons stated in this

///

///

2

pleading, the Court extends the finding of excludable time through September 27, 2005.

**IT IS SO ORDERED.**

Date: September 6, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE