```
QUIN DENVIR, Bar No. 49374
Federal Defender
801 I Street, Third Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
Mitchell Ryan Moller
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR S-04-0334 MCE |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **REQUEST TO CONTINUE** |
| | ) | **JUDGMENT AND SENTENCING;** |
| MITCHELL RYAN MOLLER, | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Judgment and sentencing in the above-captioned matter is currently calendared for December 6, 2005. Defendant requests that the matter be continued to January 10, 2006 at 8:30 a.m. Defendant requires additional time in which to prepare for the sentencing. The United States Attorney, Camil Skipper, has stated that she has no opposition to the new date.

///

///

///

///

1

```
                              Respectfully submitted,

DATED: December 5, 2005       /s/ Quin Denvir
                              QUIN DENVIR
                              Federal Defender

                              Attorney for Defendant Moller
```

**O R D E R**

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

DATED: December 8, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2