```
 1  QUIN DENVIR, Bar No. 49374
    Federal Defender
 2  801 I Street, Third Floor
    Sacramento, California 95814
 3  Telephone: (916) 498-5700

 4  Attorney for Defendant
    Mitchell Ryan Moller
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT
 9              FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11
12  UNITED STATES OF AMERICA,    )   2:04-cr-0334 MCE
                                 )
13              Plaintiff,       )
                                 )
14       v.                      )   REQUEST FOR APPOINTMENT
                                 )   OF COUNSEL AND [PROPOSED]
15  MITCHELL RYAN MOLLER,        )   ORDER
                                 )
16              Defendant.       )
    _____)
17
```

Defendant Mitchell Ryan Moller hereby requests that the appointment of the Office of the Federal Defender be terminated and that Quin Denvir be appointed as his counsel.  Mr. Denvir has been handling the case since the Office was appointed by the Court.  He will be retiring from the Office as of December 31, 2005.  Defendant would like the appointment of the Office terminated and Mr. Denvir appointed as his new counsel, effective January 1, 2006.

December 21, 2005              Respectfully submitted,


                               /s/ Quin Denvir
                               QUIN DENVIR

                               Attorney for Mitchell Ryan Moller

1

```
 1        FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.
 2
 3  DATED: December 29, 2005
 4
 5
 6                              _____
                                MORRISON C. ENGLAND, JR.
 7                              UNITED STATES DISTRICT JUDGE
```