**OFFICE OF THE FEDERAL DEFENDER**
**EASTERN DISTRICT OF CALIFORNIA**
**801 I STREET, 3rd Floor**
**SACRAMENTO, CALIFORNIA 95814**
(916) 498-5700 Fax: (916) 498-5710

*Dennis S. Waks*
*Acting Federal Defender*

*Daniel J. Broderick*
*Chief Assistant Defender*

February 7, 2006

# FILED

FEB - 7 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

Quin Denvir
Attorney at Law
901 F Street, #200
Sacramento, CA 95814

    Re:    **U.S. v. Mitchell Ryan Moller**
          **Cr.S-04-334-MCE**

Dear Mr. Denvir:

    This will confirm your appointment by the Honorable Morrison C. England, U.S. District Judge, to represent the above-name defendant. You are attorney of record until such time as you are relieved or other action is taken to appoint a different attorney.

    Enclosed is a CJA 20 form, your Order of Appointment and Voucher for services rendered. Also enclosed is an instruction sheet discussing the use of the forms, together with sample forms for reporting court time. This will also provide a uniformity in the way attorneys report their time and services rendered.

    If we may be of any further assistance regarding the processing of the enclosed form, preparation of form CJA 21 for expert services, or in reference to any other matter pertaining to this case, please feel free to call upon us at any time.

                        Very truly yours,

                        LUPE HERNANDEZ
                        Operations Administrator

:lh
Enclosures

cc: Clerks Office

| 1. CIR./DIST./DIV. CODE  CAE | 2. PERSON REPRESENTED  Moller Mitchell Ryan | | | VOUCHER NUMBER | |
|---|---|---|---|---|---|
| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER  2:04-000334-002 | | 5. APPEALS DKT./DEF. NUMBER | | 6. OTHER DKT. NUMBER |
| 7. IN CASE/MATTER OF (Case Name)  U.S. v. Moller | 8. PAYMENT CATEGORY  Felony | | 9. TYPE PERSON REPRESENTED  Adult Defendant | | 10. REPRESENTATION TYPE  (See Instructions)  Criminal Case |

**11. OFFENSE(S) CHARGED** (Cite U.S. Code, Title & Section)  If more than one offense, list (up to five) major offenses charged, according to severity of offense.
1) 18 1343.F -- FRAUD BY WIRE, RADIO, OR TELEVISION

**12. ATTORNEY'S NAME** (First Name, M.I., Last Name, Including any suffix)  AND MAILING ADDRESS

DENVIR, QUIN A.
901 F Street
SUITE 200
SACRAMENTO CA 95814

Telephone Number: (916) 444-9845

**14. NAME AND MAILING ADDRESS OF LAW FIRM** (only provide per instructions)

**13. COURT ORDER**

☒ O Appointing Counsel  ☐ C Co-Counsel
☐ F Subs For Federal Defender  ☐ R Subs For Retained Attorney
☐ P Subs For Panel Attorney  ☐ Y Standby Counsel

Prior Attorney's Name: _____

Appointment Date: _____

☐ Because the above-named person represented has testified under oath or has otherwise satisfied this court that he or she (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and because the interests of justice so require, the attorney whose name appears in Item 12 is appointed to represent this person in this case,
or
☐ Other (See Instructions)

Signature of Presiding Judicial Officer or By Order of the Court

01/01/2006
Date of Order          Nunc Pro Tunc Date

Repayment or partial repayment ordered from the person represented for this service at time of appointment.  ☐ YES  ☐ NO

| | CATEGORIES (Attach itemization of services with dates) | HOURS CLAIMED | TOTAL AMOUNT CLAIMED | MATH/TECH ADJUSTED HOURS | MATH/TECH ADJUSTED AMOUNT | ADDITIONAL REVIEW |
|---|---|---|---|---|---|---|
| 15. | a. Arraignment and/or Plea | | | | | |
| | b. Bail and Detention Hearings | | | | | |
| | c. Motion Hearings | | | | | |
| I n | d. Trial | | | | | |
| C o u r t | e. Sentencing Hearings | | | | | |
| | f. Revocation Hearings | | | | | |
| | g. Appeals Court | | | | | |
| | h. Other (Specify on additional sheets) | | | | | |
| | (Rate per hour = $ 92 )  TOTALS: | | | | | |
| 16. | a. Interviews and Conferences | | | | | |
| O u t | b. Obtaining and reviewing records | | | | | |
| o f | c. Legal research and brief writing | | | | | |
| C o u r t | d. Travel time | | | | | |
| | e. Investigative and Other work  (Specify on additional sheets) | | | | | |
| | (Rate per hour = $ 92 )  TOTALS: | | | | | |
| 17. | Travel Expenses  (lodging, parking, meals, mileage, etc.) | | | | | |
| 18. | Other Expenses  (other than expert, transcripts, etc.) | | | | | |

| 19. CERTIFICATION OF ATTORNEY/PAYEE FOR THE PERIOD OF SERVICE  FROM _____ TO _____ | 20. APPOINTMENT TERMINATION DATE  IF OTHER THAN CASE COMPLETION | 21. CASE DISPOSITION |
|---|---|---|

**22. CLAIM STATUS**  ☐ Final Payment  ☐ Interim Payment Number _____  ☐ Supplemental Payment

Have you previously applied to the court for compensation and/or reimbursement for this case?  ☐ YES  ☐ NO  If yes, were you paid?  ☐ YES  ☐ NO
Other than from the court, have you, or to your knowledge has anyone else, received payment (compensation or anything or value) from any other source in connection with this representation?  ☐ YES  ☐ NO  If yes, give details on additional sheets.
I swear or affirm the truth or correctness of the above statements.

Signature of Attorney: _____          Date: _____

| 23. IN COURT COMP. | 24. OUT OF COURT COMP. | 25. TRAVEL EXPENSES | 26. OTHER EXPENSES | 27. TOTAL AMT. APPR / CERT |
|---|---|---|---|---|
| 28. SIGNATURE OF THE PRESIDING JUDICIAL OFFICER | | DATE | | 28a. JUDGE / MAG. JUDGE CODE |
| 29. IN COURT COMP. | 30. OUT OF COURT COMP. | 31. TRAVEL EXPENSES | 32. OTHER EXPENSES | 33. TOTAL AMT. APPROVED |
| 34. SIGNATURE OF CHIEF JUDGE, COURT OF APPEALS (OR DELEGATE) Payment  approved in excess of the statutory threshold amount. | | DATE | | 34a. JUDGE CODE |

1   QUIN DENVIR, Bar No. 49374
    Federal Defender
2   801 I Street, Third Floor
    Sacramento, California 95814
3   Telephone: (916) 498-5700

4   Attorney for Defendant
    Mitchell Ryan Moller
5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12  UNITED STATES OF AMERICA,        )    2:04-cr-0334 MCE
                                     )
13                Plaintiff,         )
                                     )
14      v.                           )    **REQUEST FOR APPOINTMENT**
                                     )    **OF COUNSEL AND [PROPOSED]**
15  MITCHELL RYAN MOLLER,            )    **ORDER**
                                     )
16                Defendant.         )
                                     )

17
          Defendant Mitchell Ryan Moller hereby requests that the
18
    appointment of the Office of the Federal Defender be terminated and
19
    that Quin Denvir be appointed as his counsel.  Mr. Denvir has been
20
    handling the case since the Office was appointed by the Court.  He
21
    will be retiring from the Office as of December 31, 2005.  Defendant
22
    would like the appointment of the Office terminated and Mr. Denvir
23
    appointed as his new counsel, effective January 1, 2006.
24
    December 21, 2005            Respectfully submitted,
25

26
                                 /s/ Quin Denvir
27                               QUIN DENVIR

28                               Attorney for Mitchell Ryan Moller

                                  1

1     FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

2

3 DATED: December 29, 2005

4

5

6     MORRISON C. ENGLAND, JR

7     UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28