1  QUIN DENVIR, Bar No. 49374
   ROTHSCHILD WISHEK & SANDS LLP
2  901 F Street, Suite 200
   Sacramento, CA 95814
3  (916) 444-9845

4  Attorneys for Defendant

5

6

7

8

                   IN THE UNITED STATES DISTRICT COURT
9
              FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11

12  UNITED STATES OF AMERICA,      )
                                   )  No. CR S-04-0334 MCE
13                                 )
              Plaintiff,           )
14       v.                        )  **ORDER**
                                   )
15  MITCHELL MOLLER,               )
                                   )
16                                 )
              Defendant.           )
17                                 )
    _____)

18

19       The above matter came on for hearing on defendant's Motion

20  for a Recommendation that Defendant Be Allowed to Serve the

21  Remainder of His Sentence in a Community Corrections Center.

22  The government was represented by Assistant United States

23  Attorney Mary Grad for Assistant United States Attorney Camil

24  Skipper.  Defendant was represented by Quin Denvir.

25       **FOR GOOD CAUSE SHOWN, IT IS RECOMMENDED** that as soon as

26  possible the Bureau of Prisons designate defendant Mitchell

27

28

                                    1

1 | Moller to serve the remainder of his sentence at a Community

2 | Corrections Center, subject to space availability and

3 | appropriate terms and conditions.

4

5

6 | DATED: August 14, 2006

7 | _____

8 | MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28